| | |
|---|---|
| JOHN D. DUNCAN (WA SBN 33662)<br>DAVID E. McALLISTER (WA SBN 37755)<br>DANIEL L. HEMBREE (WA SBN 37109)<br>PITE DUNCAN, LLP<br>525 E. Main Street<br>P.O. Box 12289<br>El Cajon, CA 92022-2289<br>Telephone: (619) 590-1300<br>Facsimile: (619) 590-1385 | Honorable Karen A. Overstreet<br>CHAPTER: 7<br>HEARING DATE: November 2, 2007<br>HEARING TIME: 9:30am<br>RESPONSE DATE: October 26, 2007 |

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| In re<br><br>ROBET ALLEN WEAN, JR,<br><br>Debtor(s). | No. 07-14143-KAO<br><br>[PROPOSED] ORDER GRANTING<br>RELIEF FROM AUTOMATIC STAY |

This matter, having come before the court on the Motion for Relief From Automatic Stay filed by Mortgage Electronic Registration Systems, Inc. Solely a Nominee for Homefield Financial Inc., its successors and/or assigns ("Movant"), and the court having reviewed all documents filed in support of and in opposition to said motion, and having heard any argument of counsel, and having reviewed the records and files herein, and otherwise being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED:

That the automatic stay of 11 United States Code section 362 is terminated as it applies to the enforcement by Movant of all of its rights in the Real Property commonly known as 10052 North East 142nd Place, Bothell, Washington 98011, and legally described as:

> LOT, 9 AARONWOOD, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 199 OF PLATS, PAGE(S) 99 THROUGH 102, INCLUSIVE, IN KING COUNTY, WASHINGTON. A.P.N.: 001130-0090-02,

under the Note and Deed of Trust;

1. That Movant is granted leave to foreclose on the Real Property and to enforce the security interest under the Note and Deed of Trust, including any action necessary to obtain possession of the Property;

2. That the 10-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived;

3. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

4. Upon foreclosure, in the event Debtor fails to vacate the property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

5. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

6. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Dated: _____

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented By:

PITE DUNCAN, LLP

/s/ Daniel L. Hembree
Daniel L. Hembree
Attorneys for Mortgage Electronic Registration Systems, Inc. Solely a Nominee for Homefield Financial Inc., its successors and/or assigns

ORDER GRANTING RELIEF FROM AUTOMATIC STAY    -2-                    1269656.wpd