The Honorable Karen A. Overstreet
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
At SEATTLE

In re:

Robert Allen Wean, Jr

Debtor.

Case No.: 07-14143-KAO

Chapter 7

DECLARATION IN SUPPORT OF
MOTION FOR RELIEF FROM STAY

(Loan No. 0691144943)

Under penalty of perjury, the undersigned states as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am the Assistant Vice President for Washington Mutual Bank, FA ( Secured Creditor ) and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case. I am duly authorized to make this declaration on behalf of Secured Creditor.

3. I am familiar with the manner and procedure by which the records of Secured Creditor are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents of Secured Creditor in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge of and/or access to the business records.

Declaration in Support of Motion for Relief from Stay - 1
MH#07-15245

McCarthy & Holthus, LLP
600 Winslow Way #234
Bainbridge Island, WA 98110
206-749-0260

4. The real property ( Property ) involved in this motion is commonly known as 10052 Northeast 142ND Place, Bothell, WA 98011

5. Secured Creditor is the holder of a Promissory Note dated 06/15/2006, in the principal amount of $66,000.00, which is secured by a Deed of Trust encumbering the Property.

6. Secured Creditor uses the standard practices of the mortgage lender industry. A payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

7. Debtors have defaulted in payments under the Note and Deed of Trust, as set forth below. In addition, interest and other fees may have accrued under the terms of the Deed of Trust, and may be obtained upon request for reinstatement:

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 65,652.14 |
| POST-PETITION DELINQUENCIES: | | |
| Monthly Payments: 3 at $ 631.03 | $ | 1,893.09 |
| Late Charges: 2 at $ 31.55 | $ | 63.10 |
| Total Post-Petition Delinquent Payments: | $ | 1,956.19 |
| Total Payments Due to Movant: | $ | 67,608.33 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2007 at Mendota Heights, MN.

_____
Signature
Scott Walter
Title
Assistant Vice President

Declaration in Support of Motion for Relief from Stay - 2
MH#07-15245

McCarthy & Holthus, LLP
600 Winslow Way #234
Bainbridge Island, WA 98110
206-749-0260

Case 07-14143-KAO    Doc 22-2    Filed 11/08/07    Ent. 11/08/07 17:52:27    Pg. 2 of 2