The Honorable Karen A. Overstreet
Chapter 7
Hearing Date: January 18, 2008
Hearing Time: 9:30 a.m.
Location: 700 Stewart St, Courtroom 7206
Seattle, WA
Original Response Date: November 30, 2007

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

Robert Allen Wean, Jr

    Debtor.

Case No. 07-14143-KAO

Chapter 7

ORDER TERMINATING THE AUTOMATIC STAY

    This matter came before the Court on the Second Amended Motion for Relief from Automatic Stay filed by Mortgage Electronic Registration Systems, Inc., solely as nominee for Washington Mutual Bank, FA, successor in interest to Homefield Financial, Inc. ("Secured Creditor"). Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the real property located at 10052 Northeast 142nd Place, Bothell, WA 98011 (the "Property").

2. The automatic stay is terminated as to Secured Creditor, its successors and/or assigns. Secured Creditor, its successors and/or assigns, may pursue all remedies under state law in connection with the Property and security interest, and may commence or continue any

Order for Relief From Stay - 1
MH# 07-15245

McCarthy & Holthus, LLP
600 Winslow Way East #234
Bainbridge Island, WA 98110
206-749-0260

action necessary to obtain complete possession of the Property free and clear of claims of the bankruptcy estate.

3. Secured Creditor, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. Secured Creditor may contact Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

4. The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

5. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter. A conversion to another chapter does not stay or enjoin the effect of this Order, or prevent Secured Creditor from foreclosing and selling the Property, and recovering its costs, unless otherwise ordered by this Court.

Dated: _____

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Submitted by:

McCarthy & Holthus LLP

*/s/ Matthew Cleverley*
Matthew Cleverley, Esq., WSBA #32055
Angela M. Michael, Esq. WSBA #37727
Attorneys for Washington Mutual Bank, FA

Order for Relief From Stay - 2
MH# 07-15245

McCarthy & Holthus, LLP
600 Winslow Way East #234
Bainbridge Island, WA 98110
206-749-0260

Case 07-14143-KAO    Doc 52    Filed 01/24/08    Ent. 01/24/08 09:12:45    Pg. 2 of 2