**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 07-14143 |
| ROBERT ALLEN WEAN, JR. ) | |
| ) | TRUSTEE'S FINAL ACCOUNT |
| ) | (POST-DISTRIBUTION) AND |
| Debtor. ) | APPLICATION FOR DISCHARGE |
| ) | |

The Chapter 7 Trustee in the above case files this Final Account and states that:

1. The trustee has completely administered the estate and no funds or assets of the estate remain.

2. All previous bank statements and canceled checks evidencing the distribution have been submitted to the United States Trustee. The most recent bank statements are available for inspection upon request.

3. A copy of the current United States Trustee's Form 2 is attached.

4. The trustee hereby requests that he be discharged and the case closed.

DATED: December 30, 2008

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Trustee

TRUSTEE'S FINAL ACCOUNT (POST-DISTRIBUTION)
AND APPLICATION FOR DISCHARGE

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 07-14143 -KAO | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | WEAN JR, ROBERT ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7135 Money Market Account |
| Taxpayer ID No: | *******2470 | | |
| For Period Ending: | 12/30/08 | Blanket Bond (per case limit): | $ 83,521,429.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/08 | | COLDWELL BANKER KOETJE REAL ESTATE 775 N.E. Midway Blvd. Oak Harbor, WA 98277 | Forfeited Earnest Money | 1290-000 | 3,000.00 | | 3,000.00 |
| 02/25/08 | | Transfer to Acct #*******7148 | Bank Funds Transfer | 9999-000 | | 1,500.00 | 1,500.00 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.06 | | 1,500.06 |
| 03/11/08 | | Transfer from Acct #*******7148 | Bank Funds Transfer | 9999-000 | 1,500.00 | | 3,000.06 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.59 | | 3,000.65 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.61 | | 3,001.26 |
| 05/02/08 | | WANDA REIF NUXOLL P.S. P.O. Box 2406 Issaquah, WA 98027 | Sale Proceeds | | 49,661.55 | | 52,662.81 |
| | | WINDERMERE REAL ESTATE WHIDBEY | Memo Amount: ( 2,750.00 ) Real Estate Agent Commission | 3510-000 | | | |
| | | ISLAND COUNTY TREASURER | Memo Amount: ( 566.76 ) Taxes | 2820-000 | | | |
| | | WANDA REIF NUXOLL, P.S. | Memo Amount: ( 8,179.53 ) Escrow Costs | 2500-000 | | | |
| | 2 | WANDA REIF NUXOLL, P.S. | Memo Amount: 61,157.84 Sale Proceeds | 1110-000 | | | |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.45 | | 52,668.26 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.48 | | 52,674.74 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.69 | | 52,681.43 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.69 | | 52,688.12 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.48 | | 52,694.60 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.11 | | 52,699.71 |
| 11/10/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.29 | | 52,701.00 |
| 11/10/08 | | Transfer to Acct #*******7148 | Final Posting Transfer | 9999-000 | | 52,701.00 | 0.00 |

| | | | Page Subtotals | 54,201.00 | 54,201.00 |
|---|---|---|---|---|---|

Ver: 14.11

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 07-14143 -KAO | | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | WEAN JR, ROBERT ALLEN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7135  Money Market Account |
| Taxpayer ID No: | *******2470 | | | |
| For Period Ending: | 12/30/08 | | Blanket Bond (per case limit): | $ 83,521,429.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 61,157.84 | COLUMN TOTALS | 54,201.00    54,201.00    0.00 |
| Memo Allocation Disbursements: | 11,496.29 | Less: Bank Transfers/CD's | 1,500.00    54,201.00 |
| | | Subtotal | 52,701.00    0.00 |
| Memo Allocation Net: | 49,661.55 | Less: Payments to Debtors | 0.00 |
| | | Net | 52,701.00    0.00 |

Page Subtotals        0.00        0.00

Ver: 14.11

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-14143 -KAO | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | WEAN JR, ROBERT ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7148 Checking Account |
| Taxpayer ID No: | *******2470 | | |
| For Period Ending: | 12/30/08 | Blanket Bond (per case limit): | $ 83,521,429.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/08 | | Transfer from Acct #*******7135 | Bank Funds Transfer | 9999-000 | 1,500.00 | | 1,500.00 |
| * 02/25/08 | 001001 | WINDERMERE REAL ESTATE WHIDBEY ISLAND 32785 SR 20, SUITE 4 OAK HARBOR, WA 98277 | Forfeited Earnest Money | 3510-003 | | 1,500.00 | 0.00 |
| * 03/11/08 | 001001 | WINDERMERE REAL ESTATE WHIDBEY ISLAND 32785 SR 20, SUITE 4 OAK HARBOR, WA 98277 | Forfeited Earnest Money Void check; real estate transaction re-structured with same buyer; agent waived payment on forfeit of earnest money | 3510-003 | | -1,500.00 | 1,500.00 |
| 03/11/08 | | Transfer to Acct #*******7135 | Bank Funds Transfer | 9999-000 | | 1,500.00 | 0.00 |
| 11/10/08 | | Transfer from Acct #*******7135 | Transfer In From MMA Account | 9999-000 | 52,701.00 | | 52,701.00 |
| 11/17/08 | 001002 | Ronald G. Brown 999 Third Avenue, Suite 2525 Seattle, WA 98104 | Chapter 7 Compensation/Fees | 2100-000 | | 5,949.86 | 46,751.14 |
| 11/17/08 | 001003 | Ronald G. Brown 999 Third Avenue, Suite 2525 Seattle, WA 98104 | Chapter 7 Expenses | 2200-000 | | 81.43 | 46,669.71 |
| 11/17/08 | 001004 | JAMES RIGBY THE RIGBY LAW FIRM 600 STEWART STREET, SUITE 1908 SEATTLE, WA 98101 | Attorney Fees | 3210-000 | | 8,638.00 | 38,031.71 |
| 11/17/08 | 001005 | JAMES RIGBY THE RIGBY LAW FIRM 600 STEWART STREET, SUITE 1908 SEATTLE, WA 98101 | Attorney Expenses | 3220-000 | | 138.60 | 37,893.11 |
| 11/17/08 | 001006 | Bruce Devereaux CPA, P.S. 6044 Palatine Avenue North Seattle, WA 98103 | Accountant Fees | 3410-000 | | 435.00 | 37,458.11 |
| 11/17/08 | 001007 | Bruce Devereaux CPA, P.S. | Accountant Expenses | 3420-000 | | 11.64 | 37,446.47 |

Page Subtotals  54,201.00  16,754.53

Ver: 14.11

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-14143 -KAO | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | WEAN JR, ROBERT ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7148 Checking Account |
| Taxpayer ID No: | *******2470 | | |
| For Period Ending: | 12/30/08 | Blanket Bond (per case limit): | $ 83,521,429.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/17/08 | 001008 | 6044 Palatine Avenue North<br>Seattle, WA 98103<br>ROBERT ALLEN WEAN, JR.<br>10052 NE 142nd Place<br>Bothell, WA 98021 | Exemption Claim | 2990-000 | | 10,200.00 | 27,246.47 |
| 11/17/08 | 001009 | Nordstorm FSB<br>P.O. Box 6566<br>Englewood, CO 80155 | Claim 1, Payment 20.58712%<br>Creditor Claim | 7100-000 | | 1,802.88 | 25,443.59 |
| 11/17/08 | 001010 | Household Bank (SB), N.A.<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Claim 10, Payment 20.58716%<br>Creditor Claim | 7100-000 | | 1,641.97 | 23,801.62 |
| 11/17/08 | 001011 | FIA Card Services, N. A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | Claim 11, Payment 20.58731%<br>Creditor Claim | 7100-000 | | 537.86 | 23,263.76 |
| 11/17/08 | 001012 | FIA Card Services, N. A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | Claim 12, Payment 20.58715%<br>Creditor Claim | 7100-000 | | 3,955.42 | 19,308.34 |
| 11/17/08 | 001013 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC<br>Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | Claim 13, Payment 20.58506%<br>Creditor Claim | 7100-000 | | 64.81 | 19,243.53 |
| 11/17/08 | 001014 | American Express Bank FSB<br>c/o Becket and Lee LLP | Claim 14, Payment 20.58717%<br>Creditor Claim | 7100-000 | | 1,998.15 | 17,245.38 |

Page Subtotals    0.00    20,201.09

Ver: 14.11

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 07-14143 -KAO | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | WEAN JR, ROBERT ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7148  Checking Account |
| Taxpayer ID No: | *******2470 | | |
| For Period Ending: | 12/30/08 | Blanket Bond (per case limit): | $ 83,521,429.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 3001 | | | | | |
| | | Malvern PA 19355-0701 | | | | | |
| 11/17/08 | 001015 | Physicians & Dentists | Claim 15, Payment 20.58727% | 7100-000 | | 226.46 | 17,018.92 |
| | | | Creditor Claim | | | | |
| | | 12720 Gateway Dr, #206 | | | | | |
| | | Seattle, WA 98168 | | | | | |
| 11/17/08 | 001016 | Cit Bank | Claim 16, Payment 20.58714% | 7100-000 | | 2,860.77 | 14,158.15 |
| | | | Creditor Claim | | | | |
| | | 715 S Metropolitan Ave | | | | | |
| | | PO Box 24330 | | | | | |
| | | Oklahoma City, OK 73124 | | | | | |
| 11/17/08 | 001017 | Discover Bank/DFS Services LLC | Claim 2, Payment 20.58701% | 7100-000 | | 1,188.62 | 12,969.53 |
| | | PO Box 3025 | Creditor Claim | | | | |
| | | New Albany OH 43054-3025 | | | | | |
| 11/17/08 | 001018 | Dell Financial Services, LP | Claim 3, Payment 20.58725% | 7100-000 | | 545.42 | 12,424.11 |
| | | c/o Resurgent Capital Services | Creditor Claim | | | | |
| | | P.O. Box 10390 | | | | | |
| | | Greenville, SC 29603-0390 | | | | | |
| 11/17/08 | 001019 | Chase Bank USA | Claim 4, Payment 20.58716% | 7100-000 | | 3,111.22 | 9,312.89 |
| | | c/o Weinstein and Riley, PS | Creditor Claim | | | | |
| | | PO Box 3978 | | | | | |
| | | Seattle WA 98124-3978 | | | | | |
| 11/17/08 | 001020 | Chase Bank USA | Claim 5, Payment 20.58714% | 7100-000 | | 138.71 | 9,174.18 |
| | | c/o Weinstein and Riley, PS | Creditor Claim | | | | |
| | | PO Box 3978 | | | | | |
| | | Seattle WA 98124-3978 | | | | | |
| 11/17/08 | 001021 | Chase Bank USA | Claim 6, Payment 20.58706% | 7100-000 | | 1,397.95 | 7,776.23 |
| | | c/o Weinstein and Riley, PS | Creditor Claim | | | | |
| | | PO Box 3978 | | | | | |
| | | Seattle WA 98124-3978 | | | | | |
| 11/17/08 | 001022 | LVNV Funding LLC its successors and assigns as | Claim 7, Payment 20.58716% | 7100-000 | | 1,773.16 | 6,003.07 |
| | | assignee of Washington Mutual | Creditor Claim | | | | |

Page Subtotals        0.00        11,242.31

Ver: 14.11

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

| Case No: | 07-14143 -KAO | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | WEAN JR, ROBERT ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7148 Checking Account |
| Taxpayer ID No: | *******2470 | | |
| For Period Ending: | 12/30/08 | Blanket Bond (per case limit): | $ 83,521,429.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/17/08 | 001023 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>LVNV Funding LLC its successors and assigns as assignee of Citibank | Claim 8, Payment 20.58713%<br>Creditor Claim | 7100-000 | | 3,540.27 | 2,462.80 |
| 11/17/08 | 001024 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 9, Payment 20.58708%<br>Creditor Claim | 7100-000 | | 2,462.80 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 54,201.00 | 54,201.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 54,201.00 | 1,500.00 | |
| | | Subtotal | | 0.00 | 52,701.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 52,701.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 61,157.84 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 11,496.29 | Money Market Account - ********7135 | 52,701.00 | 0.00 | 0.00 |
| | | Checking Account - ********7148 | 0.00 | 52,701.00 | 0.00 |
| Total Memo Allocation Net: | 49,661.55 | | 52,701.00 | 52,701.00 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    6,003.07

Ver: 14.11

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 07-14143 -KAO | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | WEAN JR, ROBERT ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7148 Checking Account |
| Taxpayer ID No: | *******2470 | | |
| For Period Ending: | 12/30/08 | Blanket Bond (per case limit): | $ 83,521,429.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals  0.00  0.00

Ver: 14.11

LFORM24